# UNITED STATES DISTRICT COURT

for the

Eastern District of California



NOV 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

UNITED STATES OF AMERICA,

v.

MARCOS ANTONIO DIAZ

Case No. 1:15-CR00288-LJO-SKO (007)

REVISED

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: **U.S. DISTRICT COURT, 2500 Tulare Street, Fresno, California**

*Place*

U.S. MAGISTRATE JUDGE BARBARA A. McAULIFFE in courtroom 8 (or 3) (unless another courtroom is designated)

on **DECEMBER 16, 2015 at 11:00 AM**

*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

**ALSO – defendant is Ordered to appear on January 19, 2016 at 1:00 PM before U.S. Magistrate Judge Sheila K. Oberto in courtroom 7 (or 3) for Status Conference with co-defendants.**

**TO U.S. MARSHAL: DELAY RELEASE from Fresno County jail until Monday, November 23, 2015 at 10:00 A.M. and defendant is ORDERED to report directly to the Pretrial Service office in Fresno at the U.S. District Courthouse – NO LATER THAN 2:00 PM on November 23, 2015.**

(Copies to: Defendant; US Attorney; US Marshal; Pretrial Services - office shall provide a copy of this Order to defendant)

**DIAZ, Marcos**
**Doc. No. 1:15CR00288-7**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of:

Name of person or organization Dezeri Dionicia Martinez.

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: 
CUSTODIAN

☑ (7) The defendant shall:

☑ (a) reside at the residence of Ms. Martinez and not absent yourself from this residence without prior approval of Pretrial Services;

☑ (b) participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office;

☑ (c) participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. **HOME INCARCERATION:** You shall remain inside your residence at all times EXCEPT AS FOLLOWS: You shall remain inside your residence Monday through Friday from 9:00pm to 5:00am, which will allow you to seek and maintain employment, to attend substance abuse counseling, Moral Reconation Therapy (MRT) sessions on Monday evenings from 5:30pm to 7:00pm, and Better Choices Court appearances, and all other Court appearances or meetings with your attorney; you shall remain inside your residence all day on Saturday; and, you shall remain inside your residence all day on Sunday, except to attend a religious service, as approved by Pretrial Services. Any approval to modify this schedule, for other than a legitimate emergency event, will be submitted to this Court by your attorney;

☑ (d) All other conditions previously ordered, not in conflict with this order, shall remain in full force and effect; and,

## USMS SPECIAL INSTRUCTIONS:

☑ (e) Your release on bond shall be delayed until Monday, November 23, 2015 at 10:00am, at which time you shall report directly to the Pretrial Services office.

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

(X) [signature]
*Defendant's Signature*

## Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.

Date: 11/20/15

[signature]
*Judicial Officer's Signature*

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL